**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 133 WAL 2019
RESPODENT :
:
: Petition for Allowance of Appeal from
v. : the Order of the Superior Court
:
:
VONDA KAY BROWN, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.